Form G-15

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois
EASTERN DIVISION

219 S. Dearborn Street, Room 713, Chicago, IL 60604

CHANGE OF ADDRESS – **CREDITOR**

**If completed by an attorney, this form must be filed electronically in CM/ECF.**

**This form cannot be used to change the name of a creditor.**

In re: Rella M Ricks

Case Number: 23-14370

Chapter: 13

Check which type of address change is being requested:

[✔] Notice only    [ ] Payment only    [ ] Notice & Payment

Creditor's Name: Great American Finance

Enter related claim number(s) if any:

Dollar Amount: $

Previous Notice Address:
Great American Finance
Attn: Bankruptcy
20 N Wacker Dr. Ste. 2275
Chicago, IL 60606-3096

New Notice Address:
Great American Finance
200 S Michigan Ave Ste 450
Chicago, IL 60604-2400

Previous Payment Address:

New Payment Address:

Change requested by:
(Printed name and title)

David H Cutler Attorney at Law
Mailing Address
4131 Main St., Skokie, IL 60076

Creditor Phone Number:
Creditor Email Address:

Signature and Date
/s/David H Cutler 3.13.24

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.

This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

Revised 1/26/24

Form G-15

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois
EASTERN DIVISION
219 S. Dearborn Street, Room 713, Chicago, IL 60604

CHANGE OF ADDRESS – **CREDITOR**

**If completed by an attorney, this form must be filed electronically in CM/ECF.**
**This form cannot be used to change the name of a creditor.**

In re: Rella M Ricks     Case Number: 23-14370

Chapter: 13

Check which type of address change is being requested:

[✔] Notice only     [ ] Payment only     [ ] Notice & Payment

Creditor's Name: Acilna Credit

Enter related claim number(s) if any:     Dollar Amount: $

Previous Notice Address:
Acilna Credit
9815 South Monroe St. 4th Floor
Sandy, UT 84070-4384

New Notice Address:
Acilna Credit
13907 Minuteman Dr 5th Floor,
Draper, UT 84020

Previous Payment Address:

New Payment Address:

Change requested by:
(Printed name and title)
David H Cutler Attorney at Law
Mailing Address
4131 Main St., Skokie, IL 60076

Creditor Phone Number:
Creditor Email Address:

Signature and Date
/s/David H Cutler 3.13.24

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.

This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

Revised 1/26/24

Form G-15

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois
EASTERN DIVISION
219 S. Dearborn Street, Room 713, Chicago, IL 60604

CHANGE OF ADDRESS – **CREDITOR**

**If completed by an attorney, this form must be filed electronically in CM/ECF.**
**This form cannot be used to change the name of a creditor.**

In re: Rella M Ricks                    Case Number: 23-14370

Chapter: 13

Check which type of address change is being requested:

[✔] Notice only        [ ] Payment only        [ ] Notice & Payment

Creditor's Name: Receivable Management Services, LLC

Enter related claim number(s) if any:                Dollar Amount: $

Previous Notice Address:                              New Notice Address:
Receivable Management Services, LLC                   Receivable Management Services, LLC
Attn: Bankruptcy 240 Emery Street                     2001 6th Ave #2200
Bethlehem, PA 18015-1980                              Seattle, WA 98121

Previous Payment Address:                             New Payment Address:


Change requested by:     David H Cutler Attorney at Law
(Printed name and title)
                         Mailing Address
                         4131 Main St., Skokie, IL 60076


Creditor Phone Number:
Creditor Email Address:
          Signature and Date
          /s/David H Cutler 3.13.24

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.

This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

Revised 1/26/24